UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

ARGENTUM INVESTMENTS LLC and SUDAKA'S LLC d/b/a FIORITO,
    Defendant(s).

Case No: 24-cv-21350-JLK

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, PLAINTIFF, and Defendants, ARGENTUM INVESTMENTS LLC and SUDAKA'S LLC d/b/a FIORITO, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Kevin L. Deeb |
| Glenn R. Goldstein (FBN: 55873) | Kevin L. Deeb, Esq. (FBN: 72590) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Law Offices of Deeb & Deeb, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 310 Alhambra Circle |
| Miami, Florida 33138 | Coral Gables, Florida 33134 |
| 561.573.2106 | Telephone: 305-670-1188 |
| GGoldstein@G2Legal.net | Facsimile: 305-572-7085 |
| | E-mail: kevin@deebpa.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com